# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2019

Bridget M. McCormack,
Chief Justice

158333
158335

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TOMRA OF NORTH AMERICA, INC.,
      Plaintiff-Appellee,

v

                                      SC: 158333
                                      COA: 336871
                                      Court of Claims: 16-000118-MT

DEPARTMENT OF TREASURY,
         Defendant-Appellant.

_____/

TOMRA OF NORTH AMERICA, INC.,
      Plaintiff-Appellee,

v

                                          SC: 158335
                                      COA: 337663
                                      Court of Claims: 14-000091-MT

DEPARTMENT OF TREASURY,
         Defendant-Appellant.

_____/

On order of the Court, the applications for leave to appeal the July 17, 2018 judgment of the Court of Appeals are considered, and they are GRANTED. The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

Persons or groups interested in the determination of the issue presented in this matter may move the Court for permission to file briefs amicus curiae. Motions for permission to file briefs amicus curiae and briefs amicus curiae regarding these cases should be filed in *Tomra of North America, Inc v Department of Treasury* (Docket No. 158333) only.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2019



Clerk

p0320